

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

No. 06-14-00012-CV

IN RE:  FREESTONE UNDERGROUND STORAGE, INC., RAY FUNDERBURK, AND
NANCY FUNDERBURK

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.

## O R D E R

On February 3, 2014, Freestone Underground Storage, Inc., Ray Funderburk, and Nancy Funderburk, Relators, filed a petition for writ of mandamus. Contemporaneously, Relators filed a motion requesting that this Court stay any and all underlying proceedings pending this Court's ruling on the petition for writ of mandamus.

After reviewing the petition and the motion for temporary relief, this Court is of the opinion that the temporary relief requested should be granted and that all proceedings and activities in the trial court should be stayed pending this Court's ruling on the mandamus petition.

Now, therefore, it is ordered that all proceedings and activities concerning cause number 2013-290 in the 123rd Judicial District Court of Panola County, Texas, are stayed pending this Court's determination of Relators' petition for writ of mandamus.

IT IS SO ORDERED.

BY THE COURT

Date:           February 19, 2014